# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE SUBPOENA SERVED
ON THE FLORIDA DEPARTMENT
OF FINANCIAL SERVICES, AS
RECEIVER FOR PHYSICIANS
UNITED PLAN, INC.,

Case No. 4:23mc05-MW-MAF

_____/

## O R D E R

A motion to quash a Rule 45 deposition subpoena and request for a protective order has been filed by non-party, the Florida Department of Financial Services, as Receiver for Physicians United Plan, Inc. ("PUP"). ECF No. 1. It appears from the motion that AIG Specialty Insurance Company ("AIG") desires to take a deposition before September 1, 2023, which is the discovery cutoff in the underlying action from the Central District of California. ECF No. 1 at 2. Although a subpoena for a deposition in August 2023,[1] has not been located in the 523 pages submitted with the motion, ruling on the Department's motion is deferred

---

[1] Two earlier subpoenas were submitted for a May 23, 2023, deposition, ECF No. 1 at 27, and another April 12, 2023, deposition. *Id.* at 40.

pending a response from AIG.  AIG must file a response no later than **August 14, 2023.**

Accordingly, it is **ORDERED** that AIG Specialty Insurance Company has until **Monday, August 14, 2023**, to file a response to the motion to quash the Rule 45 deposition subpoena and for a protective order, ECF No. 1.

**DONE AND ORDERED** on August 3, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**